LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV.S.04-1976 WBS JFM |
| Plaintiff, | |
| v. | |
| YANKEE HARDWARE, INC.; MULLEIAN ENTERPRISES, INC., et al., | **STIPULATION FOR DISMISSAL** |
| Defendants. | |

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S.04-1976 WBS JFM, is hereby dismissed with prejudice.

Dated: May 18, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE